CLERKS NOTICE OF APPEAL
CAUSE No. 13-07-14457

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE DISTRICT COURT** |
| | § | |
| **VS.** | § | **WALLER COUNTY, TEXAS** |
| | § | |
| **RONNIE JOE GREGORY** | § | **506TH JUDICIAL DISTRICT** |

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
7/22/2015 3:59:06 PM
CHRISTOPHER A. PRINE
Clerk

| | |
|---|---|
| Defendant/Appellant | RONNIE JOE GREGORY |
| Court | 506h JUDICIAL DISTRICT |
| Judge | HON. ALBERT M. MCCAIG, JR. |
| Appellant's Attorney | MR. CALVIN GARVIE (Appointed)<br>P.O. Box 416<br>Bellville, Texas 77418<br>Phone: (979) 865-5456<br>State Bar No. 07714300 |
| Plaintiff/Appellee | WALLER COUNTY DISTRICT ATTORNEY'S OFFICE<br>ELTON R. MATHIS, District Attorney<br>WARREN DIEPRAAM, Assistant District Attorney<br>645 12th Street<br>Hempstead, Texas 77445<br>Phone: (979) 826-7718 |
| Court Reporter | ROBYN WILEY<br>836 Austin Street, Rm 307<br>Hempstead, Texas 77445<br>(979) 921-0921 |
| Date of Judgment | May 1, 2015 |
| Motion for New Trial Filed | May 22, 2015 |
| Notice of Appeal | July 14, 2015 |
| Assigned | Fourteenth Court of Appeals |

## Liz Pirkle

LIZ PIRKLE, DISTRICT CLERK OF WALLER COUNTY

By: _Adelaida Lopez_
Adelaida Lopez, Deputy Criminal Clerk

CERTIFIED MAIL No. (Electronically filed 07/22/15)

cc: Hon. Albert M. McCaig, Jr.
Robyn Wiley, CSR
Calvin Garvie, Attorney
Warren Diepraam, Assistant D.A.

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 506TH JUDICIAL |
| v. | § | DISTRICT COURT OF |
| RONNIE JOE GREGORY, | § | WALLER COUNTY, TEXAS |
| DEFENDANT | | |
| SID: TX 03557838 | | |

# JUDGMENT OF CONVICTION BY JURY; SENTENCE BY JURY TO Institutional Division, TDCJ

| | |
|---|---|
| DATE OF JUDGMENT: | May 1, 2015 |
| JUDGE PRESIDING: | Albert M. Mc Caig, Jr. |
| ATTORNEY FOR THE STATE: | Warren Diepraam |
| ATTORNEY FOR THE DEFENDANT: | Calvin Garvie |
| OFFENSE: | Murder |
| STATUTE FOR OFFENSE: | Article , Section 19.02, Penal Code |
| DEGREE OF OFFENSE: | First Degree Felony |
| APPLICABLE PUNISHMENT RANGE (including enhancements, if any): | First Degree Felony 5-99 yrs or life max $10,000 fine |
| DATE OF OFFENSE: | May 20, 2013 |
| CHARGING INSTRUMENT: | Indictment |
| PLEA TO OFFENSE: | Not Guilty |
| PLEA TO ENHANCEMENT PARAGRAPH(S): | Not Applicable |
| VERDICT FOR OFFENSE: | Guilty |
| FINDING ON ENHANCEMENT: | Not Applicable |
| AFFIRMATIVE FINDING ON DEADLY WEAPON: | Yes-firearm used or exhibited |
| OTHER AFFIRMATIVE SPECIAL FINDINGS: | Not Applicable |
| DATE SENTENCE IMPOSED: | May 1, 2015 |
| PUNISHMENT AND PLACE OF CONFINEMENT: | Fifty-five (55) years in the Institutional Division-TDCJ, and a $ 0 fine |
| TIME CREDITED TO SENTENCE: | Seven hundred eleven (711) days |
| COURT COSTS: | 327.00 |
| TOTAL AMOUNT OF RESTITUTION: | $n/a |
| NAME AND ADDRESS FOR RESTITUTION: | n/a |

WALLER COUNTY CRIMINAL MINUTES   VOL 044 PG 0768

The **Sex Offender Registration Requirements** under Chapter 62, CCP, **do not apply** to the Defendant. The age of the victim at the time of the offense was **not applicable..**

This sentence shall run **concurrently unless otherwise specified.**

On the date stated above, the above numbered and entitled cause was regularly reached and called for trial, and the State appeared by the attorney stated above, and the Defendant and the Defendant's attorney, as stated above, were also present. Thereupon both sides announced ready for trial, and the Defendant pleaded **not guilty** and a jury, to wit: **Frank Bergren, III,** and eleven others, was duly selected, impaneled and sworn. Having heard the evidence submitted and having been duly charged by the Court, the jury retired to consider their verdict. Afterward, being brought into open court by the proper officer, the Defendant, the Defendant's attorney, and the State's attorney being present, and being asked if the jury had agreed upon a verdict, the jury answered it had and returned to the Court a verdict, which was read aloud, received by the Court, and is now entered upon the Minutes of the Court as follows:

**We, the Jury, fine the Defendant, Ronnie Joe Gregory, GUILTY as charged in the Indictment.**

Thereupon, the Defendant having previously elected to have the punishment assessed by the jury, pleaded to the enhancement paragraphs, if any, as stated above, and the jury was called back into the box and heard evidence related to the question of punishment. Thereafter, the jury retired to consider such question and, after having deliberated, the jury was brought back into open court by the proper officer, the Defendant, the Defendant's attorney, and the State's attorney being present, and being asked if the jury had agreed upon a verdict, the jury answered it had and returned to the Court a verdict, which was read aloud, received by the Court, and is now entered upon the Minutes of the Court as follows:

**WE, THE JURY, fix the punishment of the defendant at confinement in the Texas Department Of Criminal Justice Institutional Division for a term of FIFTY-FIVE (55) years.**

A presentence investigation report **was not required or done.**

And thereupon the Court asked the Defendant whether the Defendant had anything to say why said sentence should not be pronounced upon said Defendant, and the Defendant answered nothing in bar thereof. Whereupon the Court proceeded to pronounce sentence upon said Defendant as stated above.

It is therefore ORDERED, ADJUDGED and DECREED by the Court that the defendant is guilty of the offense stated above, the punishment is fixed as stated above, and the State of Texas do have and recover of said defendant all court costs in this prosecution expended, for which execution will issue.

It is ORDERED by the Court that the Defendant be taken by the authorized agent of the State of Texas or by the Sheriff of this county and be safely conveyed and delivered to the **Director, Institutional Division-TDCJ**, there to be confined in the manner and for the period aforesaid, and the said defendant is hereby remanded to the custody of the Sheriff of this county until such time as the Sheriff can obey the directions of this sentence.

The defendant is given credit as stated above on this sentence for the time spent in county jail. The Defendant also is ordered to pay restitution to the person(s) named above in the amount specified above.

**Furthermore, the following special findings or orders apply:**

Signed on the 1ST day of MAY, 2015.

Judge Presiding

Defendant's right thumbprint



NO. 13-07-14457

| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 506TH JUDICIAL DISTRICT |
| | § | |
| RONNIE JOE GREGORY | § | WALLER COUNTY, TEXAS |

<u>NOTICE OF APPEAL</u>

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes, Ronnie Joe Gregory, appellant in the above-styled and numbered cause, by and through Calvin Garvie, his appellate counsel and gives this written Notice of appeal to the Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered against him. Defendant also shows:

I.

Appellant was convicted by a jury of the offense of Murder. Sentence was imposed at 55 years in the Institutional Division of the Texas Department of Criminal Justice on May 1, 2015 by the Honorable Albert McCaig, Jr., Judge in the 506th District Court of Waller County. A Motion for New Trial was timely filed by his appointed counsel. Appellant now files his Notice of Appeal.

Respectfully submitted,

Calvin Garvie
Attorney at Law
Post Office Box 416
Bellville, Texas 77418
(979) 865 - 5456

BY: _____
Calvin Garvie
STATE BAR NO.:07714300
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Appeal was mailed, faxed or hand-delivered to the Waller County District Attorney's Office, on July 10, 2015.

BY: _____
Calvin Garvie